**Motions Granted; Appeal Dismissed and Memorandum Opinion filed October 19, 2021.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00390-CV

## LESLIE  BEAN AND TOM KARTSOTIS, Appellants

## V.

## AMY BEAN & SUE BEAN, Appellee

**On Appeal from the Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 467,316-401**

## MEMORANDUM  OPINION

Appellants separately filed notices of appeal from an order signed July 8, 2021. On October 1, 2021, appellant, Leslie Bean, filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.1. On October 5, 2021, appellant, Tom Kartsotis, filed a motion to dismiss his appeal. *See id*. The motions are granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.